ELLIOT ENOKI
United States Attorney
District of Hawaii

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR01-00306 SOM |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | |
| IVAN GOMES, | ) | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(B); 18 U.S.C. § 922(g)(8); 18 U.S.C. § 922(g)(9)] |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about July 24, 2001, in the District of Hawaii, IVAN GOMES did knowingly and intentionally manufacture 100 or more marijuana plants, to wit, approximately 196 plants, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 2

The Grand Jury further charges:

On or about July 24, 2001, in the District of Hawaii, IVAN GOMES, a person who has been convicted of a misdemeanor

crime of domestic violence, to wit, Abuse of Family and Household Member, in violation of Section 709-906 of the Hawaii Revised Statutes, possessed in or affecting commerce a firearm to wit, a .22 Magnum revolver, serial number 39721, and a .22 caliber Schmidt Osterim revolver, serial number 590511.

All in violation of Title 18, United States Code, Section 922(g)(9).

DATED: August 1, 2001 at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI (Acting)
United States Attorney

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Ivan Gomes
Indictment
Cr. No. _____